UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



RECEIVED
DEC 1 8 2007

Jonathan Lee Riches©,
Plaintiff

Civil No: 07-5311

v.

Westboro Baptist Church; Fred Phelps d/b/a Westboro Baptist Church Founder; Margie Phelps; Termini Bros Bakery, Defendants

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches, pro-se, moves under 42 USC 1983. Plaintiff seeks $500 million. Defendants are protesting my torture at FCI Williamsburg. Defendants think I don't believe in God, Termini Bros Bakery has been providing Defendants with Baked goods in Philadelphia to protest at military funerals. Defendants violated my civil Rights. They call me the devil. Defendants took my identity.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg       843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted
Jonathan Lee

Dockets.Justia.com